UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-373-H

| | |
|---|---|
| MARTY WALTER STANIFER | PLAINTIFF |
| LIBERTY MUTUAL FIRE INS. CO. | INTERVENING PLAINTIFF |
| V. | |
| ALPHEUS R. BRANNAN and THELMA D. ALLDREDGE | DEFENDANTS/INTERVENING DEFENDANTS |
| And | |
| STATE FARM INSURANCE CO. | INTERVENING DEFENDANT |

**MEMORANDUM AND ORDER**

Plaintiff has moved to alter or amend the Court's order dismissing this case due to the absence of personal jurisdiction. Upon due consideration, the Court declines to alter its original view.

In the interests of justice, the Court has the discretion to dismiss this case without prejudice or to transfer the case to another jurisdiction. Here, the case was improperly filed in Kentucky, without any possibility of personal jurisdiction over Defendants in this jurisdiction, and the Court has been given no reason to exercise its discretion to transfer rather than dismiss, where Plaintiff could have quite easily filed in the proper jurisdiction initially.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to alter or amend is DENIED.

cc:     Counsel of Record